UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BACON CONSTRUCTION CO., INC. | : | |
| | : | |
| VS. | : | CIVIL ACTION NO.  1:16-cv-00352 |
| | : | |
| NORTHERN INSURANCE COMPANY OF NEW YORK  and MARYLAND CASUALTY COMPANY | : : | |

**<u>DISMISSAL STIPULATION</u>**

The above matter is hereby dismissed without prejudice, no interest, no costs.

Plaintiff,
***BACON CONSTRUCTION CO., INC.***

By its Attorneys,

/s/ Girard R. Visconti
Girard R. Visconti (#0566)
***Shechtman Halperin Savage, LLP***
1080 Main Street
Pawtucket, RI  02860
(401) 272-1400 – Telephone
(401) 272-1403 – Facsimile
E-mail:  gvisconti@shslawfirm.com

Defendants,
***ZURICH AMERICAN INSURANCE COMPANY, as successor by merger to NORTHERN INSURANCE COMPANY OF NEW YORK and MARYLAND CASUALTY COMPANY,***
By its Attorneys,

/s/ Timothy O. Egan
Timothy O. Egan (#9239)
Scarlett M. Rajbanshi (#7800)
***Peabody & Arnold LLP***
600 Atlantic Avenue
Boston, MA 02210-2261
(617) 951-2100 – Telephone
(617) 951-2125 – Facsimile
E-mail:  tegan@peabodyarnold.com
            srajbanshi@peabodyarnold.com

Dated:  August 5, 2016